that the case comes within the authority of *Pittsburgh, etc., R. Co.* v. *Town of Crown Point, supra,* and kindred cases cited.

Various minor questions are mooted, but the judgment is in accord with the proof, and is not therefore subject to reversal.

The judgment is affirmed.

---

## MILLER *v.* THE BANK OF ADVANCE.

[No. 7,763.   Filed December 20, 1912.]

From Boone Circuit Court; *James V. Kent,* Special Judge.

Action between Matthew G. Miller and The Bank of Advance, and from an adverse judgment, Miller appeals. *Affirmed.*

*B. F. Ratcliff* and *B. S. Higgins,* for appellant.
*Terhune & Adney,* for appellee.

ADAMS, J.—This appeal was, by agreement of the parties, submitted on the record and briefs filed in *Miller* v. *Farmers State Bank* (1912), 52 Ind. App. 5, 100 N. E. 119. Following that case, the judgment in this case is affirmed.

---

## MILLER *v.* HOGSHIRE.

[No. 7,764.   Filed December 20, 1912.]

From Boone Circuit Court; *James V. Kent,* Special Judge.

Action between Matthew G. Miller and George Hogshire, and from an adverse judgment, Miller appeals. *Affirmed.*

*B. F. Ratcliff,* for appellant.
*Terhune & Adney,* for appellee.

ADAMS, J.—This appeal was, by agreement of the parties, submitted on the record and briefs filed in *Miller* v. *Farmers State Bank* (1912), 52 Ind. App. 5, 100 N. E. 119. Following that case, the judgment in this case is affirmed.